PEOPLE v. RONNIE WILLIAMS

Appeal from Oakland, Roberts (Farrell E.), J. Submitted Division 2 November 14, 1968, at Lansing. (Docket No. 4,954.) Decided November 26, 1968.

Ronnie Williams was convicted on a plea of guilty of attempted larceny in a building. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *S. Jerome Bronson,* Prosecuting Attorney, *Dennis Donohue,* Chief Appellate Counsel, and *Bruce T. Leitman,* Assistant Prosecuting Attorney, for the people.

*Frances R. Avadenka,* for defendant on appeal.

PER CURIAM. Defendant pleaded guilty to a charge of attempted larceny in a building, CL 1948, §§ 750.92, 750.360 (Stat Ann 1962 Rev § 28.287; 1954 Rev § 28.592). The crime took place May 3, 1967. The one real issue raised by his appeal is his contention that a motivating factor in his decision to plead guilty was the fact that he had previously signed a confession while in custody and without benefit of counsel, and that the trial court's failure to inquire into this fact when testing the voluntariness of his plea under GCR 1963, 785.3(2), invalidated the plea.

Under the rationale of *People* v. *Dunn* (1968), 380 Mich 693, the requirements of the rule have been met.
Affirmed.

FITZGERALD, P. J., and R. B. BURNS and ROBINSON, JJ., concurred.